2008-01080
FILED
December 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002289823

Reid H. Everett #100662
PERKINS, MANN & EVERETT
A Professional Corporation
2222 W. Shaw Avenue, Suite 202
Fresno, California 93711
Telephone: (559) 447-5700
Facsimile: (559) 447-5600
Email: reverett@pmelaw.com

Attorneys for Jensen Ranch Holding Company, LLC successor in interest as Plan Agent under confirmed Plan of Reorganization

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br>PROPERTY DEVELOPMENT GROUP, LLC, a California Limited Liability Company,<br>Debtor. | Case No. 06-10324-A-11<br>Chapter 11 |
| PROPERTY DEVELOPMENT GROUP, LLC, a California Limited Liability Company,<br>Plaintiff,<br>vs.<br>BANK OF THE WEST and Dennes B. Coombs,<br>Defendants. | Adv. Pro. No. 08-01080<br>D.C. No. PME-2 |
| And Related Cross-Claim. | |

## JUDGMENT

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA:

The above-captioned adversary proceeding having been duly and regularly served upon Defendant, Dennes B. Coombs ("Defendant"), who has consented to judgment against him, and good cause appearing,

RECEIVED
December 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002289823

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

(a) Judgment is entered against Defendant Dennes B. Coombs for $38,484.55 as of August 28, 2008; and

(b) Plaintiff shall further recover interest on the total dollar amount of the judgment, at the federal judgment rate of interest, until the same is paid in full from August 28, 2008.

(c) Upon entry, this judgment is assigned to Bank of the West, a California corporation, for all purposes.

Submitted by:

PERKINS, MANN & EVERETT
A Professional Corporation
By: Reid H. Everett, Attorneys for Jensen Ranch
Holding Company, LLC, successor in interest as
Plan Agent under confirmed Plan of Reorganization ,

Dated: December 15, 2009.

Dated:

Dec 23, 2009

*/s/ Whitney Rimel*
United States Bankruptcy Judge

JUDGMENT